UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WENDELL LEE,

    Plaintiff,

v().                                            CASE NO: 8:08-cv-1498-T-23AEP

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## O R D E R

Under 28 U.S.C. § 636 and Local Rule 6.01(c)(21), the plaintiff's appeal of the denial of his claim for Social Security disability benefits and Supplemental Security Income payments and his "Motion to Verify Mental Health Prescriptions and Mental Health Treatment" (Docs. 26, 31) were referred to the United States Magistrate Judge.[1] On August 16, 2010, the Magistrate Judge issued a report (Doc. 32) and recommended affirmance of the Commissioner's decision and denial of the plaintiff's motion. No party objects to the report, and the time for filing an objection has expired. Accordingly, the Magistrate Judge's report and recommendation (Doc. 32) is **ADOPTED**, and the plaintiff's motion (Doc. 31) is **DENIED**. The clerk is directed to (1) enter judgment in favor of the defendant against the plaintiff, (2) terminate any pending motion, and (3) close the case.

ORDERED in Tampa, Florida, on September 8, 2010.

*/s/ Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

[1] The Magistrate Judge construed the "Motion to Verify Mental Health Prescriptions and Mental Health Treatment" as a Motion for Remand under 42 U.S.C. § 405(g).